CINCINNATI BAR ASSOCIATION *v.* SACK.

[Cite as Cincinnati Bar Assn. *v.* Sack (1991), 60 Ohio St. 3d 37.]

(No. 90-2537—Submitted February 13, 1991—Decided May 29, 1991.)

*D. Michael Poast* and *R. Guy Taft,* for relator.
*Robert H. Sack, pro se.*

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of fact and adopt its recommendation of a one-year suspension. We order, however, that six months of respondent's suspension be stayed pending the successful completion of a six-month probation period. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.